IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN MIGUEL TORRES ECHEMENDIA,<br>Petitioner,<br>v.<br>NORTHWEST ICE PROCESSING CENTER,[1]<br>Respondents,<br>v.<br>UNITED STATES OF AMERICA,<br>Interested Party. | No. 2:26-CV-02746-SAB<br><br>**ORDER EXTENDING DEADLINE TO FILE REPLY** |

Before the Court is Petitioner's Motion for Extension of Time, ECF No. 10. Petitioner is representing himself in the matter. Respondents are represented by Jennifer Wong. The Motion was considered without oral argument.

[1] Respondent is the ICE Field Office Director. However, the proper respondent for a § 2241 petition is the person who has custody over the petitioner. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004) (citing 28 U.S.C. §§ 2242, 2243). Because Petitioner is currently detained at the Northwest Immigration Processing Center, the proper respondent for this action is the individual in charge of that facility. **Accordingly, the Clerk is DIRECTED to name Bruce Scott, Warden of the Northwest Immigration Processing Center, as a Respondent in this action.**

Petitioner requests the Court extend the deadline to file his reply memorandum as he did not receive Respondent's filings until September 8, 2026, after the deadline for him to file a reply had passed.

The Court finds good cause to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Motion for Extension of Time, ECF No. 10, is **GRANTED**.

2. Petitioner shall file his reply memorandum within 14 days of the entry of this Order.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and pro se Petitioner, and set case management deadlines accordingly.

**DATED** this 17th day of September 2026.



Stanley A. Bastian
United States District Judge